UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL SPATZ, | Case No. 5:24-cv-06193-PCP |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SUPER MICRO COMPUTER, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to *Averza v. Super Micro Computer, Inc., et al.*, Case No: 5:24-cv-06147-EJD.

**IT IS SO ORDERED.**

Dated: October 21, 2024

_____
P. Casey Pitts
United States District Judge