1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 LAWRENCE HOLLIN,                        Case No.  5:24-cv-06410-PCP

Plaintiff,
8
**REFERRAL FOR PURPOSE OF**
9 v.                                      **DETERMINING RELATIONSHIP**

10 CHARLES LIANG, et al.,

Defendants.
11

12      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the

13 Honorable Edward J. Davila for consideration of whether the case is related to *Averza v. Super*

14 *Micro Computer, Inc., et al.*, Case No: 5:24-cv-06147-EJD.

15      **IT IS SO ORDERED.**

16 Dated: October 21, 2024

17

18 _____

19 P. Casey Pitts
United States District Judge
20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California