UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVEY FINANCIAL INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUPER MICRO COMPUTER, INC., et al.,<br><br>　　　　Defendants. | Case No.  24-cv-07274-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to *Averza v. Super Micro Computer, Inc., et al.*, Case No: 5:24-cv-06147-EJD.

　　　**IT IS SO ORDERED.**

Dated: October 21, 2024

_____
P. Casey Pitts
United States District Judge