UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIL LATYPOV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES LIANG, et al.,<br><br>　　　　　Defendants. | Case No.  5:24-cv-06779-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Averza v. Super Micro Computer, Inc., et al.*, Case No. 5:24-cv-06147-EJD (N.D. Cal. filed Aug. 30, 2024).

**IT IS SO ORDERED.**

Dated: October 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge