UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANAND ROY,<br>　　　　　Plaintiff,<br>　　v.<br>CHARLES LIANG, and others,<br>　　　　　Defendants. | Case Nos. 5:24-cv-08006 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:24-cv-06147 EJD, *Joseph Averza v. Supra Micro Computer, Inc., and others.*

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-08004 NC
SUA SPONTE JUDICIAL REFERRAL