BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Dr. Mithilesh K. Jha*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH AVERZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, and DAVID E. WEIGAND,<br><br>Defendants. | Case No. 5:24-cv-06147-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge: Honorable Edward J. Davila |

Plaintiff Dr. Mithilesh K. Jha, in the action *Jha v. Liang, et al.*, Case No. 5:24-cv-08792-EJD ("*Jha*"), respectfully requests that the Court deem *Jha* related to *Averza v. Super Micro Computer, Inc., et al.*, Case No. 5:24-cv-06147-EJD ("*Averza*"), *Menditto v. Super Micro Computer, Inc., et al.*, Case No. 3:24-cv-06149-SI ("*Menditto*"), *Hollin v. Liang, et al.*, Case No. 5:24-cv-06410-EJD ("*Hollin*"), *Latypov v. Liang, et al.*, Case No. 5:24-cv-06779-EJD ("*Latypov*"), *Covey Financial Inc. v. Super Micro Computer, Inc., et al.*, Case No. 5:24-cv-07274-EJD ("*Covey Financial Inc.*"), *Keritsis v. Liang, et al.*, Case No. 5:24-cv-07753-EJD ("*Keritsis*"), and *Roy v. Liang, et al.*, Case No. 5:24-cv-08006-EJD ("*Roy*") (collectively, the "Related Actions").

Civ. L.R. 3-12(a) provides that actions are deemed related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*Id.*

Orders administratively relating *Averza*, *Hollin*, *Latypov*, and *Covey Financial Inc.* have been entered in *Averza*, *Hollin*, *Latypov*, and *Covey Financial Inc.* on October 31, 2024. *See Averza,* 5:24-cv-06147-EJD at Dkt. No. 70. Additionally, Orders administratively relating the *Hollin*, *Latypov*, *Keritsis*, and *Roy* actions have been entered in *Hollin*, *Latypov*, *Keritsis*, and *Roy* on November 29, 2024. *See Hollin,* 5:24-cv-06410-EJD at Dkt. Nos. 13 and 18.

Here, the Related Actions satisfy the requirements of Civ. L.R. 3-12(a) because they assert claims against substantially the same parties arising from substantially the same events and transactions. *Averza*, *Menditto*, and *Covey Financial Inc.* are class actions alleging violation of the federal securities laws by Super Micro Computer, Inc. ("Super Micro" or the "Company"), as well as defendants Charles Liang ("Liang") and David Weigand ("Weigand"). *Hollin*, *Latypov*, *Keritsis*, *Roy*, and *Jha* are shareholder derivative actions alleging that Liang, Weigand, and others breached the fiduciary duties they owe to Super Micro and its shareholders pursuant to federal securities laws and related common law causes.

1  Plaintiff Jha respectfully submits that the overlap of parties and factual issues among these
2  derivative actions warrants coordination before a single judge. Otherwise, litigation of the actions
3  may result in unwarranted duplication of judicial effort, waste of resources, and possibly
4  inconsistent results.

5  For all the foregoing reasons, Plaintiff Jha respectfully requests the Court enter the
6  proposed order submitted herewith, administratively relating *Jha* to *Averza*, *Menditto*, *Hollin*,
7  *Latypov*, *Covey Financial Inc.*, *Keritsis*, and *Roy*.

Dated: December 24, 2024                                    Respectfully submitted,

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*
    ALEX J. TRAMONTANO

BETSY C. MANIFOLD
RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
BENJAMIN Y. KAUFMAN
270 Madison Ave., 9th Floor
New York, NY 10016
Telephone: (212) 545-4650
Facsimile: (212) 686-0114
kaufman@whafh.com

**ISQUITH LAW PLLC**
FRED T. ISQUITH
103 E. 84th Street
New York, NY 10028
Telephone: (718) 775-6478
isquithlaw@gmail.com

*Attorneys for Plaintiff Dr. Mithilesh K. Jha*