UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH AVERZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, and DAVID WEIGAND,<br><br>Defendants. | Case No. 5:24-cv-06147-EJD<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CONSOLIDATING ACTIONS<br>   *AS MODIFIED* |

*Captions continued on next page*

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG and DAVID WEIGAND,<br><br>　　　　　Defendants. | Case No. 4:24-cv-06980-JST<br><br>CLASS ACTION |
| COVEY FINANCIAL INC., PEMBROKE CAPITAL LTD. CORP., and SOVEREL, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, and DAVID WEIGAND,<br><br>　　　　　Defendants. | Case No. 5:24-cv-07274-EJD<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING ACTIONS
CASE NO. 5:24-cv-06147-EJD

For the reasons set forth in the Court's Order Re Lead Plaintiff Selection dated July 10, 2025 (ECF 148),

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Civil Local Rule 3-12(a) and Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Norfolk County Retirement System v. Super Micro Computer, Inc.*, No. 4:24-cv-06980-JST (N.D. Cal.), and *Covey Financial, Inc. v. Super Micro Computer, Inc.*, No. 5:24-cv-07274-EJD (N.D. Cal.), are deemed consolidated with *Averza v. Super Micro Computer, Inc.*, No. 5:24-cv-06147-EJD (N.D. Cal.) (the "Consolidated Action").

2. This Consolidated Action shall be captioned "*In re Super Micro Computer, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 5:24-cv-06147-EJD. All future papers in the Consolidated Action shall be filed in the Master File.

3. An original of this Order shall be filed by the Clerk in the Master File and in the files for each of the related cases captioned above. The separate dockets for each related case (Nos. 4:24-cv-06980 and 5:24-cv-07274) shall be terminated in accordance with the regular procedures of the Clerk of Court, and any pending schedules, deadlines, or dates in those dockets shall be vacated.

**IT IS SO ORDERED**.

Dated: July 14, 2025

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE