UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  CRAIN WALNUT SHELLING, LP.<br><br>───────────────────────────<br><br>CRAIN WALNUT SHELLING, LP,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,<br><br>Respondent,<br><br>SUPER MICRO COMPUTER, INC.; et al.,<br><br>Real Parties in Interest. | No. 25-5435<br><br>D.C. No.<br>5:24-cv-06147-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

Real parties in interest must file an answer or answers to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 7 days after service of the answer(s).

The clerk will place this case on the next available calendar.

The clerk will send a copy of this order to the district court and Judge Davila.

25-5435