**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

Defendant Super Micro Computer, Inc. filed a Motion for Administrative Relief to Consider Whether Cases Should be Related. ECF No. 195. The time for filing an opposition or statement of support has passed and counsel for plaintiffs in the two cases which Super Micro Computer seeks to relate have filed responses. ECF Nos. 196, 197. As the judge assigned to case

5:24-cv-06147-EJD
*In re Super Micro Computer, Inc. Securities Litigation*

I find that the more recently filed cases that I have initialed below are not related to the case assigned to me and are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 3:26-cv-02606-JSC | *Bhuva v. Super Micro Computer, Inc.* | | X |
| 3:26-cv-03018-CRB | *City of Hialeah Employees Retirement System v. Super Micro Computer, Inc.* | | X |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: May 11, 2026

By: _____
Edward J. Davila
United States District Judge